1

2

3

4

5

6

7

8         **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 EDWARD S. ROUNDTREE,        No. CIV S-05-2061-LKK-CMK-P

12         Petitioner,

13     vs.         <u>ORDER</u>

14 TOM L. CAREY,

15         Respondent.

16 _____/

17       Petitioner is a state prisoner proceeding pro se.[1]  The matter was referred to a

18 United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

19       On December 7, 2005, the magistrate judge filed findings and recommendations

20 herein which were served on petitioner and which contained notice to petitioner that any

21 objections to the findings and recommendations were to be filed within ten days.  Petitioner has

22 filed objections to the findings and recommendations.  Petitioner has also filed a document

23 entitled "Motion for Reconsideration & Clarification of the Court's Opinion of Judgment the

24 _____

25     [1]     The Clerk of the Court docketed this case as a habeas petition when it was filed
and the court's prior orders have presumed this is a habeas case.  For purposes of this order, Mr.

26 Roundtree will be referred to as "petitioner."

1  Allegations or Claims," which the court has considered.

2  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

3  304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

4  file, the court finds the findings and recommendations to be supported by the record and by

5  proper analysis.

6  Accordingly, IT IS HEREBY ORDERED that:

7  1.  The findings and recommendations filed December 7, 2005, are adopted in

8  full;

9  2.  This action is dismissed, without prejudice; and

10  3.  The Clerk of the Court is directed to enter judgment and close this file.

11  DATED:  March 28, 2006.

12  /s/Lawrence K. Karlton
   LAWRENCE K. KARLTON
13  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

2